# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 2:21-019 |
| | ) | |
| MATTHEW JEROME GUEST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Matthew Guest's letter/motion requesting a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines. Dkt. No. 48. For the reasons given below, the motion is **DENIED**.

Defendant pleaded guilty, pursuant to a written plea agreement, to possession with intent to distribute, and to distribute, five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B). Dkt. Nos. 33, 46. With an offense level of 33 and a criminal history category of VI, Defendant's U.S. Sentencing Guidelines range was 235-293 months' imprisonment. Dkt. No. 44. On March 1, 2022, the Court sentenced Defendant to 188 months' imprisonment, well below the guidelines range. Dkt. No. 46.

Defendant now moves the Court for a sentence reduction based on Amendment 821 to the U.S. Sentencing Guidelines,

contending that he was on probation when he committed the underlying offense. Dkt. No. 48. Defendant's motion for a sentence reduction is **DENIED.** Amendment 821 does not provide Defendant any relief. Even assuming Defendant qualifies for a two-point reduction in his criminal history points calculation (24 points to 22 points), Defendant's criminal history category of VI is unchanged. Therefore, his sentencing guideline range of 235—293 months' imprisonment does not change. Again, Defendant was sentenced well below his guidelines range.

**SO ORDERED** this 13 day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA